UNITED STATES DISTRICT COURT

Northern District of California

BEN OGUNMAYIN,  No. C 12-06240 MEJ

          Plaintiff,   **ORDER RE: STATUS**

  v.

ALAMEDA COUNTY EMPLOYEES
RETIREMENT ASSOCIATION,

          Defendant.
_____/

This matter is currently scheduled for a Case Management Conference on March 14, 2013. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the March 14 conference and ORDERS Plaintiff Ben Ogunmayin to file a status report by March 25, 2013.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
Maria-Elena James
United States Magistrate Judge