IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEN OGUNMAYIN,

    Plaintiff,

  v.

ALAMEDA COUNTY EMPLOYEES RETIREMENT ASSOCIATION,

    Defendant.
_____/

No. C 12-06240 WHA

**ORDER TO SHOW CAUSE**

On March 27, 2013, defendant filed a motion to dismiss. Pursuant to Local Rule 7-3, plaintiff's opposition or statement of non-opposition thereto was due by April 10. None was received. Plaintiff, who is represented by counsel, has failed to timely respond to defendant's motion to dismiss. Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted. Plaintiff's response is due by **MONDAY, APRIL 22, 2013 AT NOON**. Plaintiff is on notice that failure to timely file a written response to this order may result in defendant's motion to dismiss being granted or the action being dismissed for failure to prosecute. The hearing scheduled for May 2 shall remain on calendar.

**IT IS SO ORDERED.**

Dated: April 17, 2013.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE